**Motion Granted; Dismissed and Memorandum Opinion filed September 27, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00811-CV

### ROBERT R. BURCHFIELD, Appellant

### V.

### HOUSTON COMMUNITY BANK, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2011-27653**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a summary judgment signed June 4, 2012. On September 19, 2012, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.